This memorandum opinion was not selected for publication in the New Mexico Appellate Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

# IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**CITY OF RIO RANCHO,**

Plaintiff-Appellee,

v. **NO. 32,914**

**ALEXIS HASSLEY,**

Defendant-Appellant,

City of Rio Rancho
Gina R. Manfredi
Rio Rancho, NM

for Appellee

Patrick J. Martinez
Albuquerque, NM

for Appellant

**APPEAL FROM THE DISTRICT COURT OF SANDOVAL COUNTY**
**John F. Davis, District Judge**

**MEMORANDUM OPINION**

**GARCIA, Judge.**

{1}    Summary reversal was proposed for the reason stated in the notice of proposed disposition. No memorandum opposing summary reversal has been filed, and the time for doing so has expired.

{2}    **REVERSED.**

{3}    **IT IS SO ORDERED.**

**TIMOTHY L. GARCIA, Judge**

**WE CONCUR:**

**LINDA M. VANZI, Judge**

**J. MILES HANISEE, Judge**